HMK/jb CH 7934

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
CLASSIC IMPORTS, INC.

                    Plaintiffs,                    07 CIV 8606 (CM)(RLE)
                                                ECF CASE

   -against-

M/V CMA CGM PUGET, her engines,        **RULE 7.1 STATEMENT**
boilers, tackle, etc., CMA CGM (UK)
SHIPPING LTD., PUGET LTD., ARIES
GLOBAL LOGISTICS, INC.,

                    Defendants.
-----------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH CLASSIC IMPORTS, INC.'S PARENT CORPORATION:    NONE

Dated: September 28, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiffs

                                              BY:__/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064