UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY,
CLASSIC IMPORTS, INC.

                Plaintiff,

                -V-

M/V CMA CGM PUGET, her engines, boilers, tackle, etc.,
CMA CGM (UK) SHIPPING LTD., PUGET LTD., ARIES
GLOBAL LOGISTIC, INC.,
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8606 (CM)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of October, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4TH day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 531 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

October 9, 2007

[Registered Mail Receipt:
Registered No. RB632895531US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp: 0004 08 10/15/07
Customer Full Value $0.00
Without Postal Insurance
FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref.: CH 7934
TO: CMA CGM (UK) SHIPPING LTD.
4th Floor, 1, Warwick Row
London, SW1E5ER, United Kingdom
PS Form 3806, June 2002 — Receipt for Registered Mail]

...NCE COMPANY v. M/V CMA CGM

...34

...is and Complaint on the following
...to Federal Rules of Civil Procedure Rule

...PPING LTD.
4TH Floor, 1, Warwick Row
London, SW1E5ER, United Kingdom

Thank you.

Very truly yours,

[signature]

HMK/jb
Encl.