# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

FEDERAL INSURANCE COMPANY,
CLASSIC IMPORTS, INC.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

M/V CMA CGM PUGET, her engines, boilers, tackle, etc., CMA CGM (UK) SHIPPING LTD., PUGET LTD., ARIES GLOBAL LOGISTICS, INC.,

**'07 CIV 8606**
**JUDGE McMAHON**

Defendants.

TO:
CMA CGM (UK) SHIPPING LTD.
4TH Floor, 1, Warwick Row
London, SW1E5ER, United Kingdom

PUGET LTD.
c/o CMA CGM (UK) SHIPPING LTD.
4TH Floor, 1, Warwick Row
London, SW1E5ER, United Kingdom

ARIES GLOBAL
LOGISTICS, INC.
365 Franklin Avenue
Franklin Square, NY 11010

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 04 2007

CLERK  J. MICHAEL MCMAHON

*[signature]*

(BY) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: KINGSLEY, KINGSLEY & CALKINS

FEDERAL INSURANCE COMPANY, ETANO

                                      Plaintiff(s)

- against -

M/V CMA CGM PUGET, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

                                        Defendant(s)

Index # 07 CIV 8606 (MCMAHON)

Purchased October 4, 2007
File # CH 7934

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 19, 2007 at 12:33 PM at

365 FRANKLIN AVENUE
FRANKLIN SQUARE, NY11010

deponent served the within SUMMONS & VERIFIED COMPLAINT on ARIES GLOBAL LOGISTICS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JOE GRECCO personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 40 | 6'4 | 185 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 22, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BRUCE KUSTKA

Invoice #: 449921

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728