UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company; and
Classic Imports Inc.

                    Plaintiff,

      v.

M/V CMA CGM Puget, her engines, boilers,
tackle, etc., CMA CGM (UK) Shipping Ltd.,
Puget Ltd., Aries Global Logistics Inc.

                    Defendants.

Case Number: 07cv8606

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aries Global Logistics Inc (a Pennsylvania Corporation with offices throughout the United States), certifies that the following are the affiliates of said party. These companies are not publicly held and there is no parent company of Aries Global Logistics, Inc.

1-     Aries International Import Services, Inc. (a New York Corporation)

2-     Aries International, Inc. (a New York Corporation)

3-     Aries Management Services, Inc. (a New York Corporation)

Dated: October 30, 2007
New York, New York

                                    Glenn H. Ripa, Esq.
                                    Follick & Bessich P.C.
                                    *Attorneys for Defendant, Aries Global Logistics*
                                    Attorney Bar Code: GR2555