UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
FEDERAL INSURANCE COMPANY and  :
CLASSIC IMPORTS, INC.,                      :
                                                            :
                        Plaintiffs,              :
                                                            :        07 CV 8606 (CM)(RLE)
            -against-                                :
                                                            :        ECF CASE
M/V CMA CGM PUGET, her engines,      :
boilers, tackle, etc., CMA CGM (UK)          :
SHIPPING INC., PUGET LTD. and            :
ARIES LOGISTICS INC.,                         :
                                                            :
                        Defendants.           :
-----------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of

record for the Defendants certify that the following are its corporate parent(s) or a publicly held

corporation owning 10% or more of their stock:

      CMA CGM (UK) SHIPPING INC.:     NONE.

      PUGET LTD.:     NONE.

Dated:     January 11, 2008
           New York, New York

The Defendants,
CMA CGM (UK) SHIPPING LTD. and
PUGET LTD.

By: _____

Patrick F. Lennon (PL 2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax
pfl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on January 11, 2008 a copy of the foregoing Rule 7.1 Statement was

filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by

mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's

CM/ECF system.

By: _____
Patrick F. Lennon