UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company
Classic Imports Inc.

                          Plaintiff,

            v.                                          Case Number: 07cv8606

M/V CMA CGM Puget, her engines, boilers,
tackle, etc., CMA CGM (UK) Shipping Ltd.,
Puget Ltd., Aries Global Logistics Inc.

                          Defendants.


## ANSWER TO THE CROSS-CLAIMS OF
## DEFENDANTS CMA CGM (UK) AND PUGET LTD.


The Defendant, Aries Global Logistics Inc., by their attorneys, Follick & Bessich, hereby

responds to the allegations contained in the Defendants, CMA CGM (UK) and PUGET LTD., cross-

claims as follows:

    1-      The Defendant, Aries Global Logistics, denies the allegations contained in paragraphs

1, 2 and 3 of Defendants, CMA CGM (UK) AND PUGET LTD., cross-claims.

### AFFIRMATIVE DEFENSE

The Affirmative Defenses as set forth in Aries Global Logistics' Verified Answer are

incorporated by reference as if set forth fully herein.

    1-      Even if Aries Global Logistics is found liable for any loss and/or damage to the

goods, their liability, as clearly outlined in their bill of lading, is limited to the payment of $500.00.

## INDEMNIFICATION CROSS CLAIM

Aries Global Logistics only arranged the transportation of the goods in question and did not actually handle the goods. If Aries is held liable to the Plaintiff for damages, CMA CGM (UK) and/or Puget Ltd., must indemnify Aries.

**WHEREFORE**, Aries Global Logistics Inc., respectfully requests that this matter be dismissed against them, as well as any other relief the Court deems appropriate.

Dated: January 31, 2008
New York, NY

Glenn H. Ripa, Esq.
Attorney Bar Code: GR2555
Follick & Bessich P.C.
*Attorneys for Aries Global Logistics*
225 Broadway, Suite 1200
New York, New York 10007
Tel. No.: 212-732-5310
Fax No.: 212-406-2908

-2-

## AFFIRMATION OF SERVICE

SUZANNE LIBERTI, ESQ. affirms under the penalties of perjury that on January 31, 2008,

on behalf of Aries Global Logistics Inc., she caused the annexed *Answer to Defendant's Cross-Claim*

to be served upon the following parties:

Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801

Attention: Harold M. Kingsley, Esq.

Lennon, Murphy & Lennon, LLC
420 Lexington Ave.
Suite 300
New York, NY 10170

Attention: Patrick F. Lennon, Esq.

by depositing a true copy thereof in a United States Postal Service receptacle, properly enclosed in

a securely sealed envelope, duly franked with appropriate postage thereon, and addressed to the

respective party, as above indicated.

_____
Suzanne Liberti