UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
Federal Insurance Company Classic Imports, Inc.,

                  07 Civ. 8606 (CM)(RLE)

               Petitioner(s),

                  ORDER OF REFERENCE
    -against-                 TO A MAGISTRATE JUDGE
M/V CMA CGM PUGET, et al,
               Respondent(s).
―――――――――――――――――――――X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: March 17th, 2008
New York, New York

SO ORDERED

/s/ Colleen McMahon
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/08