AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company a/s/o

v.

M/V CMA CGM PUGET, et al.

**APPEARANCE**

Case Number: 07 Civ. 8606 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Aries Global Logistics, Inc.; The undersigned is being substituted as counsel for Aries Global Logistics, Inc.

I certify that I am admitted to practice in this court.

March 25, 2008
Date

Signature

James P. Krauzlis   4972-JPK
Print Name   Bar Number

106 3rd Street
Address

Mineola, New York 11501
City   State   Zip Code

(516) 877-2225   (516) 877-2230
Phone Number   Fax Number