# MEMO ENDORSED

## BADIAK & WILL, LLP

Attorneys and Proctors in Admiralty

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

March 26, 2008

VIA TELEFAX 212-805-6326

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

3/28/08
OK

RE: Federal Insurance Company et al. v. N.V. CMA CGM PUGET, et al.
07 Civ. 8606 (CM) (RLE)
Our Ref.: 08-B-001-JK

Honorable Judge McMahon:

  As Your Honor may know, we have appeared in the captioned action as counsel for the defendant Aries Global Logistics, Inc., substituting for counsel Glen Ripa pursuant to which a Notice of Appearance has been filed by the undersigned by ECF.

  Although plaintiff's counsel has been very helpful in providing copies of the discovery exchanged to date and the Rule 26 Disclosures, we have not been provided with Aries' file from counselor Ripa and are currently awaiting receipt of same. The undersigned has checked the ECF filings of the Court and notes the current discovery deadline is April 7, 2008. It is the undersigned's understanding that no deposition of the plaintiff has yet to take place, nor other parties, and we would respectfully request permission of the Court to extend the current discovery deadline for a forty-five (45) day period to permit the undersigned to receive the file and to conduct deposition and other discovery which may be necessary in order to address the issues presented in this case. We have spoken to counsel for plaintiff as well as co-defendant, CMA CGM (U.K.) Shipping Limited, Puget Limited, and both have consented to our request for a forty-five (45) day extension of the current discovery deadline.

  In light of our recent involvement in this case, and the impending discovery deadline, we respectfully request that your Honor favorably consider our request for a forty-five (45) day extension of the current discovery deadline. As far as we can discern from the docket file, available via ECF, there have been no prior extensions requested nor granted on the Court's Case Management Plan.

Honorable Colleen McMahon
March 26, 2008
Page -2-

We thank Your Honor for your kind attention to the foregoing.

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/jm

cc: Kingsley, Kingsley & Calkins
91 W. Cherry Street
Hicksville, New York 11801
Attn.: Steven P. Calkins, Esq.

**VIA TELEFAX 516-931-4313**

Lennon, Murphy & Lennon
Tight Mill Landing
2425 Post Road
Southport, Connecticut 06890
Attn.: Pat Lennon, Esq.

**VIA TELEFAX (212) 490-6070**