UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company,
Classic Imports Inc.

           Plaintiff,

    v.

07CIV8606

M/V CMA CGM Puget, her engines,
boilers, tackle, etc., CMA CGM
(UK) Shipping Ltd., Puget Ltd.,
Aries Global Logistics Inc.

           Defendants.

**CONSENT TO CHANGE COUNSEL**
07CIV8606(CM) (RLE)

IT IS HEREBY CONSENTED THAT Badiak & Will, LLP 106 3rd Street, Mineola, New York be substituted as attorneys of record for the Defendant, Aries Global Logistics, Inc. in the above titled action in place and stead of Follick & Bessich of 225 Broadway, New York, New York as of the date hereof.

Dated: March 20, 2008

James P. Krauzlis, Esq (4972 JK)
Badiak & Will, LLP
106 3rd Street
Mineola, NY 11501
(516) 877-2225

Glenn H. Ripa, Esq.
Follick & Bessich
225 Broadway Ste 1200
New York, NY 10007
(212) 732-5310
(GR 2555)