UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FEDERAL INSURANCE COMPANY and :
CLASSIC IMPORTS, INC.,                              :
                                                    :
                        Plaintiffs,                 :
                                                    :   07 CV 8606 (CM)(RLE)
        -against-                                   :
                                                    :   ECF CASE
M/V CMA CGM PUGET, her engines,                     :
boilers, tackle, etc., CMA CGM (UK)                 :
SHIPPING INC., PUGET LTD. and                       :
ARIES LOGISTICS INC.,                               :
                                                    :
                        Defendants.                 :
-------------------------------------------------------X

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41, the Plaintiffs' claims against the M/V CMA CGM PUGET and Defendant CMA CGM (UK) Shipping Inc., the cross claim asserted by Defendant Aries Logistics Inc. against Defendant CMA CGM (UK) Shipping Inc. and the cross claim asserted by Defendant CMA CGM (UK) Shipping Inc. against Defendant Aries Logistics Inc. are hereby dismissed without prejudice to being reasserted in the Courts of Marseille, France and without costs to any party.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

Dated: April 18, 2008
      New York, NY

The Plaintiff,
FEDERAL INSURANCE COMPANY
CLASSIC IMPORTS, INC.

By: _____
Steven P. Calkins, Esq.
**KINGSLEY, KINGSLEY & CALKINS**
**91 West Cherry Street**
**Hicksville, New York 11801**
**(516) 931-0064**
spc@kingsleyandkingsley.com

The Defendant,
CMA CGM (UK) LTD. SHIPPING INC.

By: _____
Patrick F. Lennon, Esq.
LENNON, MURPHY & LENNON LLC
**420 Lexington Ave., Suite 300**
New York, NY 10170
**(212) 490-6050**
pfl@lenmur.com

The Defendant,
ARIES LOGISTICS INC.,

By: _____
James P. Krauzlis, Esq.
RADIAK & WILL, LLP
106 3rd Street
Mineola, New York 11501-4404
(516)-877-2225
jimkrauzlis@att.net

SO ORDERED: _____
Hon. Colleen McMahon, U.S.D.J.

4-24-08