*McMahon, J*

HMK/jb CH 7934

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
CLASSIC IMPORTS, INC.

            Plaintiffs,                          07 CIV 8606 (CM)(RLE)
                                                        ECF CASE

   -against-

M/V CMA CGM PUGET, her engines,            STIPULATION AND CONSENT
boilers, tackle, etc., CMA CGM (UK)             ORDER OF DISMISSAL
SHIPPING LTD., PUGET LTD., ARIES
GLOBAL LOGISTICS, INC.,

            Defendants
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties herein, that settlement of all claims and cross-claims has been agreed, and that the above entitled action be and hereby is dismissed with prejudice and without costs to any party.

Dated: Hicksville, New York
        June 2-, 2008

KINGSLEY, KINGSLEY & CALKINS, ESQS.          BADIAK & WILL, ESQS.
Attorneys for Plaintiff                                   Attorneys for Defendant

By: _____                                   By: _____
    Steven P. Calkins                                        James P. Krauzlis (4972-JK)
    91 W. Cherry Street                                 106 3rd Street
    Hicksville, NY 11801                              Mineola, New York 11501

SO ORDERED:
June 9, 2008

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/9/08